**Order filed February 6, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00057-CV
_____

### OSCAR ROMERO III, Appellant

### V.

### D. R. KIDD COMPANY, INC. D/B/A KIDD ROOFING, Appellee

**On Appeal from the 200th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-17-001123**

## O R D E R

The clerk's record was filed December 22, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Notice of Nonsuit as to Defendant, Connie Romero Favella, dated October 9, 2017.

The Travis County District Clerk is directed to file a supplemental clerk's record on or before **February 16, 2018**, containing the Notice of Nonsuit as to Defendant, Connie Romero Favella, dated October 9, 2017.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM